USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1452 MONROE A. LAREMORE, Plaintiff, Appellant, v. KENNETH S. APFEL, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] Before Torruella, Chief Judge, Selya and Boudin, Circuit Judges.   Monroe A. Laremore on brief pro se. Donald K. Stern, United States Attorney and Michael J.Pineault, Assistant U.S. Attorney on brief for appellee.November 5, 1998   Per Curiam. Appellant Monroe A. Laremore filed a complaint in the Massachusetts federal district court seeking review of the decision of appellee Commissioner of Social Security that appellant was not entitled to Social Security disability benefits. The district court granted the Commissioner's motion to dismiss on the ground that appellant had not exhausted his administrative remedies. Specifically, appellant had failed to request a hearing before an administrative law judge. Because appellant does not dispute this and because his case does not come within any exceptions to the exhaustion requirement, the district court lacked subject matter jurisdiction and properly dismissed the complaint. See generally Doyle v. Secretary of Health and Human Services, 848 F.2d 296 (1st Cir. 1988); Wilson v. Secretary of Health and Human Services, 671 F.2d 673 (1st Cir. 1982). The judgment of the district court is summarilyaffirmed. See Local Rule 27.1. All pending motions are deniedas moot.        -2-